IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| PLAINTIFF, | § § | |
| V. | § § | C. A. NO.: 2:05cv186 LED |
| | § | |
| NOKIA, INC.; UTSTARCOM PERSONAL COMMUNICATIONS, LLC; AUDIOVOX COMMUNICATIONS CORPORATION; KYOCERA WIRELESS CORP; SANYO NORTH AMERICA CORPORATION; SHARP ELECTRONICS CORPORATION; NEC AMERICA, INC.; RESEARCH IN MOTION CORPORATION; VIRGIN MOBILE USA, LLC; LG ELECTRONICS MOBILECOMM USA, INC.; PALMONE, INC.; AND PANASONIC CORPORAITON OF NORTH AMERICA, | § § § § § § § § § § § § § § § § § § | |
| DEFENDANTS. | § | |

**ORDER GRANTING SANYO NORTH AMERICA CORPORATION'S UNOPPPOSED MOTION TO ENLARGE TIME TO ANSWER, MOVE OR OTHERWISE REPSOND TO ANTOR MEDIA CORPORATION'S ORIGINAL COMPLAINT**

On this date came for consideration, Defendant, Sanyo North America Corporation's Unopposed Motion to Enlarge Time to Answer, Move or Otherwise Respond to Antor Media Corporation's Original Complaint, and the Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Defendant, Sanyo, be and hereby is, granted an extension of time within which to respond to Plaintiff, Antor's Original Complaint up to and including August 15, 2005 in the above cause.

**So ORDERED and SIGNED this 14th day of July, 2005.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**