**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | **CIVIL ACTION NO. 2:05-CV-186 LED** |
| NOKIA, INC., | § | |
| UTSTARCOM PERSONAL | § | **JURY DEMAND** |
| COMMUNICATIONS, LLC, | § | |
| AUDIOVOX COMMUNICATIONS | § | |
| CORPORATION, | § | |
| KYOCERA WIRELESS CORP., | § | |
| SANYO NORTH AMERICA | § | |
| CORPORATION, | § | |
| SHARP ELECTRONICS | § | |
| CORPORATION, | § | |
| NEC AMERICA, INC., | § | |
| RESEARCH IN MOTION | § | |
| CORPORATION, | § | |
| VIRGIN MOBILE USA, LLC, | § | |
| LG ELECTRONICS MOBILECOMM | § | |
| U.S.A., INC. | § | |
| PALMONE, INC., AND | § | |
| PANASONIC CORPORATION OF | § | |
| NORTH AMERICA, | § | |
| | § | |
| DEFENDANTS. | § | |
| | § | |

**ORDER**

The Court GRANTS Plaintiff's Unopposed Motion for Leave to Submit Amended Preliminary Infringement Contentions for Panasonic Corporation of North America.

**SIGNED** this the ___26___ day of January, 2006.

*[signature]*