IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **ANTOR MEDIA CORPORATION** § | | |
| Plaintiff § | | |
| § | | |
| V. § | No. 2:05CV186 | |
| § | | |
| **NOKIA, INC., ET AL.** § | | |
| Defendants § | | |

## ORDER REGARDING HEARING

The Court has scheduled for hearing on June 29, 2006 at 9:00 a.m. Defendant Nokia, Inc.'s Motion to Stay Litigation Pending Completion of Reexamination (Doc. No. 232), Panasonic's Motion to Enforce Settlement Agreement and for Partial Summary Judgment (Doc. No. 309), Sharp's Motion to Enforce Settlement Agreement and for Partial Summary Judgment by Joinder and Incorporation by Reference to Panasonic's Motion to Enforce Settlement Agreement and for Partial Summary Judgment (Doc. No. 314), and the claim construction hearing. At the claim construction hearing, the plaintiff is limited to 2 hours and the combined defendants are limited to 2 hours.

**IT IS SO ORDERED**.

SIGNED this 22nd day of June, 2006.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE