IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR CORPORATION | § | CIVIL ACTION NO. 2:05-cv-00186-DF |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| NOKIA, INC.; | § | JURY TRIAL |
| UTSTARCOM PERSONAL | § | |
| COMMUNICATIONS, CORPORATION; | § | |
| AUDIOVOX COMMUNICATIONS | § | |
| CORPORATION; | § | |
| KYORCERA WIRELESS CORP.; | § | |
| SANYO NORTH AMERICA CORP.; | § | |
| SHARP ELECTRONICS CORP.; | § | |
| NEC AMERICA, INC.; | § | |
| RESEARCH IN MOTION CORP.; | § | |
| VIRGIN MOBILE USA, LLC; | § | |
| LG ELECTRONICS MOBILECOMM | § | |
| U.S.A., INC.; | § | |
| PALMONE, INC.; | § | |
| PANASONIC CORPORATION OF | § | |
| NORTH AMERICA | § | |
| | § | |
| DEFENDANTS | § | |

## **ORDER**

On this the 11 day of July, 2006, came on to be considered Defendant Panasonic Corporation of North America's Unopposed Motion to Extend Time to File Panasonic's Reply to Antor's Response to Panasonic's Motion for Summary Judgment of Invalidity of Claims 1, 2, 13 and 14 of U.S. Patent No. 5,734,961 for Indefiniteness, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Extend Time to File Panasonic's Reply to Antor's Response to Panasonic's Motion for Summary Judgment of

Invalidity of Claims 1, 2,13 and 14 of U.S. Patent No. 5,734,961 for Indefiniteness be granted and that the deadline for Panasonic Corporation of North America to file a Reply to Antor's Response to Panasonic's Motion for Summary Judgment of Invalidity of Claims 1, 2,13 and 14 of U.S. Patent No. 5,734,961 for Indefiniteness has been extended to and including July 17, 2006.

**SIGNED this 11th day of July, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE