IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION, § § PLAINTIFF, § § V. § § NOKIA, INC., ET AL., § DEFENDANTS. § § | Civil Action No. 2-05CV-186 JURY DEMANDED |

### ORDER GRANTING AGREED MOTION TO EXTEND TIME TO FILE PLAINTIFF ANTOR MEDIA CORPORATION'S SUR-REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 1, 2, 13 AND 14 OF U.S. PATENT NO. 5,734,961 FOR INDEFINITENESS UNDER 35 U.S.C. § 112, ¶ 2

Before the Court is this Agreed Motion to Extend Time to file Plaintiff Antor Media Corporation's Sur-Reply to Defendants' Motion for Summary Judgment of Invalidity of Claims 1, 2, 13 and 14 of U.S. Patent No. 5,734,961 for Indefiniteness Under 35 U.S.C. § 112, ¶ 2. Having considered the matter, the Court GRANTS the motion and extends the date for Antor to file its sur-reply up to and including July 26, 2006.

**SIGNED this 20th day of July, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE