IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **ANTOR MEDIA CORPORATION** | § | |
| | § | |
| **V.** | § | No.  2:05CV186 |
| | § | |
| **NOKIA, INC., ET AL.** | § | |

### ORDER

Before the Court is Defendant Nokia's Motion For Stay Pending Reexamination of the Patent-in-Suit by the PTO (Doc. No. 232).  All other relevant defendants in this case joined in Nokia's motion.  The Court's order of September 27, 2006 granted Nokia's Motion as Modified (Doc. No. 410).  In that order the Court required the stipulation of each non-settling Defendant that the stay would be granted only on the condition that each Defendant agree not to challenge the '961 patent based on any prior art printed publications that were considered during the reexamination process.  At the current time, all non-settling Defendants have filed their stipulations with the Court.  Accordingly, because the '961 patent is under reexamination with the PTO, and because every remaining Defendant has entered into the stipulation, the Court hereby **GRANTS** Defendant's motion to stay and **ORDERS**:

This case is now administratively closed.  This matter will remain closed pending resolution of those matters before the PTO.  The parties shall provide notice to the Court when such matters are resolved.

The Court further ORDERS all pending motions in the above-referenced cause of action are **DENIED WITHOUT PREJUDICE** subject to refiling.

It is so **ORDERED**.

**SIGNED this 23rd day of October, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE