# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | C.A. No. 2:05-CV-186-LED |
| NOKIA, Inc., et al. | § § § | |
| DEFENDANTS. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Antor Media Corporation and Defendant, Palm, Inc. announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against PALM, INC. by ANTOR MEDIA CORPORATION and against ANTOR MEDIA CORPORATION by PALM, INC., herein are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 16th day of January, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE