# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | C.A. No. 2:05CV186-DF |
| | § | |
| NOKIA, Inc., et al. | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Antor Media Corporation ("Antor") and Defendant, Panasonic Corporation of North America ("Panasonic"), announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against Panasonic, by Antor and against Antor by Panasonic herein are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SIGNED this 30th day of March, 2007.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

25760680.1     - 5 -